AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____ State and _____     DISTRICT OF     New Mexico

UNITED STATES OF AMERICA

V.

Juan Manuel ARMENTA-Rodriguez

## CRIMINAL COMPLAINT

CASE NUMBER: 06-5254M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ July 5, 2006 _____ in _____ Luna _____ county, in the _____ State and _____ District of _____ New Mexico _____ defendant (s) did,    (Track Statutory Language of Offense)

enter or attempt to enter the United States at any time or place other than as designated by immigration officers

in violation of Title ___ 8 ___ United States Code, Section(s) ___ 1325 (a)(1) ___

I further state that I am a (n)    Senior Patrol Agent    and that this complaint is based on the following facts:
Deming, New Mexico
Official Title

On July 5, 2006 the defendant was encountered and arrested by Border Patrol Agents near Columbus, New Mexico. At the time of his arrest the defendant admitted being a citizen of Mexico and illegally crossing the U.S./Mexico border afoot, on July 5, 2006, at a place not designated as a legal Port of Entry. The defendant also admitted that he did not posses any immigration documents that would allow him to be, or remain in the United States legally. Immigration checks do not indicate that the defendant has ever applied for nor received the consent of the appropriate authority of the United States to apply for admission.

Continued on the attached sheet and made a part hereof:    ☐ Yes    ☒ No

J. Urrea

_____
Signature of Complainant

Sworn to before me and subscribed in my presence.

_____ July 7, 2006 _____    at    Las Cruces, New Mexico
Date                                City and State

_____ William P. Lynch    United States Magistrate Judge _____
Name & Title of Judicial Officer                Signature of Judicial Officer