UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE WILLIAM P. LYNCH**

CRIMINAL CLERK'S MINUTES at Las Cruces

CASE NUMBER: **06-5254 M**  DATE: **07/07/06**  TAPE NUMBER: **FTR/LCS**

CLERK: **J. STANDRIDGE**  TYPE OF HEARING: **INITIAL / DETENTION**

DEFENDANT(S):  ATTORNEY(S):

**JUAN MANUEL ARMENTA-RODRIGUEZ**  **JANE GREEK, FPD STANDING-IN** ( ) Appt'd. ( ) Ret'd.

( ) Appt'd. ( ) Ret'd.

( ) Appt'd. ( ) Ret'd.

( ) Appt'd. ( ) Ret'd.

USA by: **MICK GUTIERREZ**, Asst. U. S. Attorney  Interpreter: **CHANDLER THOMPSON**

Pretrial / Probation Officer present: **MARIO HERRERA**  Court in Session: 9:05-9:19

_X_ Agent sworn in OPEN COURT

_X_ Court questions Defendant regarding his/her physical and mental conditions, address, date of birth, education

_X_ Court advises defendant(s) of possible penalties

_X_ Court advises defendant(s) of all constitutional rights

_X_ ORAL Motion for detention Hearing by Government

___ Court grants Government's ___ Defense ___ oral motion to continue detention hearing

___ Waiver of preliminary hearing & right to grand jury presentment filed in open court

_X_ Defendant(s) in custody

_X_ Defendant(s) detained without bond as:  Risk of Flight _X_  Danger to Community ___

___ Conditions of Release set at:

___ Other: