# SENTENCING PROCEEDINGS BEFORE JUDGE LYNCH

*United States vs.* **JUAN MANUEL ARMENTA-RODRIGUEZ**    No. **06-5254M**

Date: 07/18/06            Court Reporter: FTR/LCS            Clerk: J. STANDRIDGE

Court in session: 10:30 A.M.

Counsel for the Government: TERRI ABERNATHY

Counsel for the Defendant: MARIO CARREON            <u>X</u> Appointed    __ Retained

Interpreter: RAFAEL CARRILLO            <u>X</u> Official    __ Sworn

Probation officer(s) present: NONE

__ Albuquerque    <u>X</u> Las Cruces    __ Santa Fe    __ Roswell    __ Bench Warrant Ordered

__ PSR not disputed.            __ Court adopts findings in PSR and finds no evidentiary hearing necessary.

## SENTENCE IMPOSED

Defendant convicted on <u>X</u> PLEA to Complaint

Offense Level: __            Criminal History Category: __            Range of Months: __

Imprisonment: BOP: <u>45*</u> day(s)            Study: __ month(s)            CAG: __ year(s)

Comments: *IMMEDIATE DEPORTATION PROCEEDINGS TO BEGIN; SPA WAIVED

Supervised Release: __ year(s), __ month(s)            Probation: __ year(s), __ month(s)

SPECIAL CONDITIONS:
__ Possess no firearms, weapons, or explosives            __ Participate in drug/alcohol program
__ Other conditions:

Split sentence: Serve __ month(s), balance suspended            Probation: __ year(s), __ month(s)

Fine: $__            Restitution: $__            Scheduled payments: __ Yes __ No

Special Penalty Assessment: WAIVED            TOTAL: $__

Count(s) Dismissed:            Indictment Dismissed:

__ Voluntary Surrender            <u>X</u> Held in Custody            <u>X</u> Advised of Appeal Rights

__ Released on Appeal Bond            __ Confinement at Institution Nearest Residence Consistent With Sentence Imposed

Comments: